# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JUAN ORNELAS, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 09-0634-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION 05-0321-WS |
| | : |
| Respondent. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 24, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this 3rd day of November, 2010.

   s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**